UNITED STATES DISTRICT COURT

FIRST CIRCUIT                            District of   MASSACHUSETTS

FRANKIE GARNER

Plaintiff

v.

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 98-269-27

04-12017 EFH

I,   FRANKIE GARNER                          declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  SOUZA - BARANOWSKI CORRECTIONAL CENTER

   Are you employed at the institution? _YES__  Do you receive any payment from the        YES $18.00 week

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☑ Yes        ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  $18.00 weekly , STEVE CHOMO
                                                                                   SBCC
                                                                                   P.O. Box 8000
                                                                                   Shirley, MASS. 01464

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. Gifts or inheritances | ☐ Yes | ☑ No |
   | f. Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040823 14:43

| | |
|---|---|
| Commit# : | W66262 |
| Name   : | GARNER, FRANKIE, . |
| Inst   : | SOUZA-BARANOWSKI CORRECTIONAL |
| Block  : | L1 |
| Cell/Bed : | 63 /A |

SOUZA-BARANOWSKI CORRECTIONAL

Statement From    20020101

To    20040823

Page :    6

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20031224 09:48 | ML - Mail | 2147100 | | SBCC | ~M. HALL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031224 09:48 | ML - Mail | 2147103 | | SBCC | ~TINA GARNER | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2149966 | | SBCC | ~Canteen Date : 20031224 | $0.00 | $26.08 | $0.00 | $0.00 |
| 20031224 23:04 | PY - Payroll | 2155935 | | SBCC | ~20031207 To 20031213 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031231 23:05 | PY - Payroll | 2181540 | | SBCC | ~20031214 To 20031220 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040107 23:06 | PY - Payroll | 2209392 | | SBCC | ~20031221 To 20031227 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040109 22:30 | CN - Canteen | 2221094 | | SBCC | ~Canteen Date : 20040109 | $0.00 | $35.34 | $0.00 | $0.00 |
| 20040112 11:48 | ML - Mail | 2223278 | | SBCC | ~CARMEN GARNER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230559 | | SBCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040114 12:40 | IC - Transfer from Inmate to Club A/c | 2247581 | | SBCC | ~REBKHTPS,NB,SS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $96.24 | $0.00 | $0.00 |
| 20040114 23:05 | PY - Payroll | 2254024 | | SBCC | ~20031228 To 20040103 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040116 22:30 | CN - Canteen | 2265409 | | SBCC | ~Canteen Date : 20040116 | $0.00 | $25.35 | $0.00 | $0.00 |
| 20040121 23:08 | PY - Payroll | 2281390 | | SBCC | ~20040104 To 20040110 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040123 22:30 | CN - Canteen | 2292963 | | SBCC | ~Canteen Date : 20040123 | $0.00 | $27.38 | $0.00 | $0.00 |
| 20040128 23:06 | PY - Payroll | 2310338 | | SBCC | ~20040111 To 20040117 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040130 22:30 | CN - Canteen | 2321178 | | SBCC | ~Canteen Date : 20040130 | $0.00 | $18.15 | $0.00 | $0.00 |
| 20040204 23:06 | PY - Payroll | 2338234 | | SBCC | ~20040118 To 20040124 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2360148 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040211 12:50 | IC - Transfer from Inmate to Club A/c | 2376764 | | SBCC | ~photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20040211 23:07 | PY - Payroll | 2383243 | | SBCC | ~20040125 To 20040131 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040213 13:30 | ML - Mail | 2393040 | | SBCC | ~CARMEN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040213 22:30 | CN - Canteen | 2394563 | | SBCC | ~Canteen Date : 20040213 | $0.00 | $41.86 | $0.00 | $0.00 |
| 20040218 23:05 | PY - Payroll | 2410966 | | SBCC | ~20040201 To 20040207 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040221 14:34 | CN - Canteen | 2422197 | | SBCC | ~Canteen Date : 20040220 | $0.00 | $28.29 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2440339 | | SBCC | ~20040208 To 20040214 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2469769 | | SBCC | ~20040215 To 20040221 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040305 22:30 | CN - Canteen | 2481459 | | SBCC | ~Canteen Date : 20040305 | $0.00 | $20.79 | $0.00 | $0.00 |
| 20040309 11:27 | EX - External Disbursement | 2488273 | 20080 | SBCC | ~OIL~AS-SUQ INC | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491564 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2515181 | | SBCC | ~20040222 To 20040228 | $18.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  **20040823 14:43**

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W66262 | | **SOUZA-BARANOWSKI CORRECTIONAL** | | Page : 7 |
| Name : | GARNER, FRANKIE, , | | Statement From | 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20040823 | |
| Block : | L1 | | | | |
| Cell/Bed : | 63 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040315 10:01 | CN - Canteen | 2527980 | | SBCC | ~Canteen Date : 20040312 | $0.00 | $20.62 | $0.00 | $0.00 |
| 20040315 10:37 | VC - Voided Check | 2528457 | 20080 | SBCC | ~OIL~AS-SUQ INC | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040316 09:56 | IC - Transfer from Inmate to Club A/c | 2533854 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2544336 | | SBCC | ~20040229 To 20040306 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040319 22:30 | CN - Canteen | 2555227 | | SBCC | ~Canteen Date : 20040319 | $0.00 | $22.27 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2573536 | | SBCC | ~20040307 To 20040313 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040329 08:50 | IC - Transfer from Inmate to Club A/c | 2585188 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2601588 | | SBCC | ~20040314 To 20040320 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040405 09:34 | CN - Canteen | 2614134 | | SBCC | ~Canteen Date : 20040402 | $0.00 | $38.63 | $0.00 | $0.00 |
| 20040407 08:12 | IC - Transfer from Inmate to Club A/c | 2623488 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631306 | | SBCC | ~20040321 To 20040327 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040408 10:28 | ML - Mail | 2636471 | | SBCC | ~CARMEN GARNER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040409 22:30 | CN - Canteen | 2643120 | | SBCC | ~Canteen Date : 20040409 | $0.00 | $16.35 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2652151 | | SBCC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2676088 | | SBCC | ~20040328 To 20040403 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040420 11:35 | EX - External Disbursement | 2692867 | 20602 | SBCC | ~CROSS AND CHAIN~EGAN | $0.00 | $45.50 | $0.00 | $0.00 |
| 20040421 09:51 | IC - Transfer from Inmate to Club A/c | 2697417 | | SBCC | ~hp ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $29.54 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2703940 | | SBCC | ~20040404 To 20040410 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040422 12:15 | IC - Transfer from Inmate to Club A/c | 2708925 | | SBCC | ~WATCH~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $29.47 | $0.00 | $0.00 |
| 20040423 22:30 | CN - Canteen | 2715202 | | SBCC | ~Canteen Date : 20040423 | $0.00 | $27.15 | $0.00 | $0.00 |
| 20040428 10:00 | ML - Mail | 2725474 | | SBCC | ~DAWN HESTER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040428 10:35 | EX - External Disbursement | 2725583 | 20721 | SBCC | ~OIL~AS-SUQ INC. | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2732209 | | SBCC | ~20040411 To 20040417 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040430 22:30 | CN - Canteen | 2743841 | | SBCC | ~Canteen Date : 20040430 | $0.00 | $30.50 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2761105 | | SBCC | ~20040418 To 20040424 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040507 22:30 | CN - Canteen | 2772681 | | SBCC | ~Canteen Date : 20040507 | $0.00 | $17.20 | $0.00 | $0.00 |
| 20040511 09:58 | ML - Mail | 2778568 | | SBCC | ~32458 ANDREW CT | $45.00 | $0.00 | $0.00 | $0.00 |
| 20040512 09:44 | EX - External Disbursement | 2784432 | 20872 | SBCC | ~SUB ~MAGAZINE SERVICE DEPT. BM | $0.00 | $18.00 | $0.00 | $0.00 |
| 20040512 09:45 | EX - External Disbursement | 2784434 | 20871 | SBCC | ~CROSS~EGAN'S | $0.00 | $4.53 | $0.00 | $0.00 |
| 20040512 09:46 | EX - External Disbursement | 2784435 | 20870 | SBCC | ~SUB ~RIDES HARRIS PUBLICATIONS | $0.00 | $8.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20040823 14:43**

| | |
|---|---|
| Commit# : | W66262 |
| Name : | GARNER, FRANKIE, , |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL |
| Block : | L1 |
| Cell/Bed : | 63 /A |

SOUZA-BARANOWSKI CORRECTIONAL

Statement From  20020101

To  20040823

Page : 8

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040512 23:01 | PY - Payroll | 2789726 | | SBCC | ~20040425 To 20040501 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796500 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040514 22:30 | CN - Canteen | 2817217 | | SBCC | ~Canteen Date : 20040514 | $0.00 | $20.08 | $0.00 | $0.00 |
| 20040519 12:56 | IC - Transfer from Inmate to Club A/c | 2827565 | | SBCC | ~REEBKCL~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $26.49 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2833501 | | SBCC | ~20040502 To 20040508 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040521 22:30 | CN - Canteen | 2846049 | | SBCC | ~Canteen Date : 20040521 | $0.00 | $26.64 | $0.00 | $0.00 |
| 20040526 16:16 | CI - Transfer from Club to Inmate A/c | 2857558 | | SBCC | ~canteen refund 5/21/04~W66262 GARNER,FRANKIE PERSONAL~KCN WASH ACCOUNT - Z5 | $1.16 | $0.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2862968 | | SBCC | ~20040509 To 20040515 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886229 | | SBCC | ~20040516 To 20040522 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040604 22:30 | CN - Canteen | 2901529 | | SBCC | ~Canteen Date : 20040604 | $0.00 | $42.71 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2918942 | | SBCC | ~20040523 To 20040529 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2926299 | | SBCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040611 22:30 | CN - Canteen | 2947768 | | SBCC | ~Canteen Date : 20040611 | $0.00 | $31.44 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2965583 | | SBCC | ~20040530 To 20040605 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994288 | | SBCC | ~20040606 To 20040612 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006780 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $37.46 | $0.00 | $0.00 |
| 20040630 23:01 | PY - Payroll | 3022982 | | SBCC | ~20040613 To 20040619 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040707 11:08 | IC - Transfer from Inmate to Club A/c | 3043734 | | SBCC | ~photo's for July~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20040708 10:15 | PY - Payroll | 3057520 | | SBCC | ~20040620 To 20040626 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040709 22:30 | CN - Canteen | 3065002 | | SBCC | ~Canteen Date : 20040709 | $0.00 | $25.19 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074300 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3101507 | | SBCC | ~20040627 To 20040703 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040716 22:30 | CN - Canteen | 3109697 | | SBCC | ~Canteen Date : 20040716 | $0.00 | $18.85 | $0.00 | $0.00 |
| 20040721 23:03 | PY - Payroll | 3130168 | | SBCC | ~20040704 To 20040710 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040726 10:38 | ML - Mail | 3139541 | | SBCC | ~CANNOT READ | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3157340 | | SBCC | ~20040711 To 20040717 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040802 11:23 | IC - Transfer from Inmate to Club A/c | 3167530 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.55 | $0.00 | $0.00 |
| 20040802 13:55 | ML - Mail | 3167971 | | SBCC | ~DAWN HESTER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040804 22:30 | CN - Canteen | 3176940 | | SBCC | ~Canteen Date : 20040804 | $0.00 | $39.44 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20040823 14:43**

| | | | |
|---|---|---|---|
| Commit# : | W66262 | **SOUZA-BARANOWSKI CORRECTIONAL** | Page : 9 |
| Name : | GARNER, FRANKIE, . | Statement From    20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To    20040823 | |
| Block : | L1 | | |
| Cell/Bed : | 63 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040804 23:03 | PY - Payroll | 3185760 | | SBCC | ~20040718 To 20040724 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040806 22:30 | CN - Canteen | 3194736 | | SBCC | ~Canteen Date : 20040806 | $0.00 | $25.70 | $0.00 | $0.00 |
| 20040811 14:29 | IC - Transfer from Inmate to Club A/c | 3205599 | | SBCC | ~TS/SOX/NIKE BBBAL/BOWL/CLIPPER ~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $83.64 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208343 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3229634 | | SBCC | ~20040725 To 20040731 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3258507 | | SBCC | ~20040801 To 20040807 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040820 22:30 | CN - Canteen | 3266146 | | SBCC | ~Canteen Date : 20040820 | $0.00 | $34.11 | $0.00 | $0.00 |
| | | | | | | $2,595.60 | $2,539.96 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $55.64 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $55.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |