UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKIE JAMES GARNER,
         Petitioner,

v.                            C.A. No. 04-12017-EFH

COMMONWEALTH,
         Respondent.

ORDER ON APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT</u>

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐    The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒    The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

    Petitioner has sufficient funds to pay the $5 filing fee.

☒    It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.

   9/21/04                  s/ Edward F. Harrington
DATE                     UNITED STATES DISTRICT JUDGE