UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Frankie J. Garner
        Petitioner,


vs.                                          Civil Action
                                     No. 04-12017-EFH


Lois Russo
        Respondent.


PETITIONER'S NOTICE OF APPEAL


Now comes the Petitioner, pro se, moves this Honorable

Court to enter his Notice of Appeal in the above caption

matter, appealing from the Order of Dismissal entered on

December 10, 2004.




Respectfully submitted,
By the Petitioner


Frankie J. Garner, pro se
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464


Dated: / 6 04