

# United States Court of Appeals
## For the First Circuit

No. 05-1084
DC No. 04-cv-12017

FRANKIE GARNER,
Petitioner - Appellant,

v.

LOIS RUSSO, SUPERINTENDENT, SBCC,
Respondent - Appellee.

### ORDER OF COURT
Entered:   March 8, 2005

This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. §2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. §2253. In accordance with Local Rule 22.1(b), a request for a certificate of appealability must first be sought in the district court.

This court has received appellant's request for a certificate of appealability from the district court and motion to proceed in forma pauperis.  Accordingly, we transmit this pleading to the district court for a ruling forthwith.  Copies of the district court's ruling shall be forwarded to this court.

We further order petitioner-appellant to file a status report in this court by April 1, 2005 and *every thirty days thereafter*, advising us of the status of the application for a certificate of appealability. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate. If a status report is not filed by **April 1, 2005,** and at thirty-day intervals thereafter, this appeal may be dismissed for want of diligent prosecution.

By the Court:
Richard Cushing Donovan, Clerk

By:   MARGARET CARTER
      Chief Deputy Clerk

[Certified Copies: Honorable Edward F. Harrington, Willaim Ruane, Acting Clerk, USDC and  Mr. Garner, Ms. McLaughlin]

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 3/8/05

CAP    DC No. 04-12017
No. 05-1084 (Appeals Court)

FRANKIE GARNER,
    Petitioner, Appellant,

LOIS RUSSO, Superintendent,
Souza-Baranowski Correctional Center,
    Respondent, Appellee.

## MOTION FOR CERTIFICATE OF APPEALABILITY

Now comes the Pro se Petitioner, who respectfully moves this Honorable Court to issue to him a Certificate of Appealability regarding the above-cited Court actions.

Petitioner cites local federal Rule 22.1(a) as well as, 28 U.S.C. §§ 2254, 2255 as authorities for the issuance of a Certificate of Appealability. Slack v. McDaniel, 529 U.S. 473 (2000)

On February 16, 2005, the United States Court of Appeals for the First Circuit issued an ORDER that petitioner's appeal from the denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 could not go forward unless the petitioner was issued the required Certificate of Appealability by the District Court.

WHEREFORE, petitioner prays that this Honorable Court GRANT and issue such Certificate of Appealability as to allow him to move forward with this criminal matter.

Respectfully submitted,

Dated: 02/28, 2005

Frankie Garner, Pro se
c/o S.B.C.C. PO Box 8000
Shirley, MA 01464