# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

FRANKIE JAMES GARNER,
                    Petitioner

            v.                                    CIVIL ACTION NO.:
                                                  04-12017-EFH

LOIS RUSSO,
                    Respondent.

* * * * * * * * * * * * * * * * * * * * * * * *

# <u>O R D E R</u>

June 2, 2005

HARRINGTON, S.D.J.

        This is pursuant to an Order of the United States Court of Appeals for the First Circuit,

entered March 9, 2005, transmitting Petitioner/Appellant Garner's Motion to Proceed on Appeal

*In Forma Pauperis* for action by this Court.  The Court denies petitioner/appellant's Motion to

Proceed on Appeal *In Forma Pauperis* on the ground that such appeal is frivolous.  <u>See</u> this

Court's Order of Dismissal, dated December 10, 2004.

        SO ORDERED.


                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge